UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

          Petitioner,

      v.

EVAN GEORGE,

          Respondent.

Case No.  15-cv-04018-PJH

**ORDER OF DISMISSAL**

Petitioner filed a pro se habeas action on September 2, 2015.  On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis.  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.  No response has been received.

This case is therefore **DISMISSED** without prejudice and a certificate of appealability is **DENIED**.  The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: October 14, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge